IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHEILA WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. Act. No. 2:20-cv-822-ECM ) |
| AETNA LIFE INS. CO., *et al.*, | ) ) |
| Defendants. | ) |

**O R D E R**

On August 27, 2021, the parties filed a joint status report informing the Court that they had reached a settlement in this case but were waiting on approval from the United States Bankruptcy Court for the Middle District of Alabama. The Bankruptcy Court has approved the settlement. Accordingly, it is

ORDERED that this case is DISMISSED with prejudice. Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order. Costs are taxed as paid. It is further

ORDERED that all deadlines are terminated.

DONE this 25th day of October, 2021.

        /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE